```
 1  GREGORY G. KATSAS
    Assistant Attorney General
 2
    McGREGOR W. SCOTT
 3  United States Attorney
    CATHERINE J. SWANN
 4  Assistant United States Attorney
    501 I Street, 10th Floor
 5  Sacramento, California 95814
    Telephone:  (916) 554-2781
 6  Fax: (916) 554-2900

 7  JOYCE R. BRANDA
    PATRICIA R. DAVIS
 8  MICHAL TINGLE
    Department of Justice
 9  Civil Division
    Commercial Litigation Branch
10  P. O. Box 261
    Benjamin Franklin Station
11  Washington, D.C.  20044
    Telephone: (202) 307-1381
12
    Attorneys for the United States of America
13
```

## UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and ) <br> THE STATE OF CALIFORNIA       ) <br> ex rel. DAVID T. READ,         ) <br>                                ) <br>                                ) <br>             Plaintiffs,       ) <br>                                ) <br>             v.                 ) <br>                                ) <br> MOUNTAIN VALLEY HEALTH         ) <br> CENTERS, INC.,                 ) <br>                                ) <br>             Defendant.         ) <br> _____) | CIV.S-04-0190 FCD-GGH <br><br> **ORDER** <br><br><br><br><br><br><br><br> **FILED UNDER SEAL** |

   The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

   IT IS ORDERED that the Complaint, the Notice of Intervention, and this Order, be unsealed;

1          IT IS FURTHER ORDERED that all other previously filed
2    contents of the Court's file in this action remain under seal and
3    not be made public, or served upon the defendant;
4          IT IS FURTHER ORDERED that the seal shall be lifted on all
5    matters occurring in this action after the date of this Order;
6          IT IS FURTHER ORDERED that the status conference in this
7    matter set for February 20, 2009, shall be continued to June 26,
8    2009, at 10:00 a.m.  The parties shall file a joint status report
9    at least ten (10) calendar days prior to the Status Conference.
10          IT IS SO ORDERED.

13   DATED: December 22, 2008
                                      FRANK C. DAMRELL, JR.
14                                    UNITED STATES DISTRICT JUDGE