1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARK ZAHNER
   Chief Prosecutor
3  State Bar No. 137732
   BRIAN V. FRANKEL
4  Supervising Deputy Attorney General
   State Bar No. 116802
5    1455 Frazee Road, Suite 315
     San Diego, CA 92108
6    Telephone:  (619) 688-6065
     Fax:        (619) 688-4200
7    Attorneys for STATE OF CALIFORNIA

8

9                    UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA and STATE OF CALIFORNIA, *ex rel*. DAVID T. READ, | CIV-S-04-0190 FCD GGH |
| 13 | STATE OF CALIFORNIA'S STIPULATION AND ORDER OF DISMISSAL |
| 14              Plaintiffs, | |
| 15        v. | |
| 16  MOUNTAIN VALLEYS HEALTH CENTERS, INC., | |
| 17              Defendant. | |
| 18 | |

19                          **STIPULATION**

20        WHEREAS, the State of California, defendant, and relator have entered into a settlement

21  agreement which resolves the claims brought on behalf of the State of California (a copy of the

22  fully executed settlement agreement is attached hereto as Exhibit 1);

23        WHEREAS, the claims brought on behalf of the United States were also resolved by the

24  aforementioned settlement agreement;

25        WHEREAS, the United States will be filing a separate pleading addressing the dismissal of

26  the claims brought on behalf of the United States;

27        WHEREAS, the issue of what documents within the Court's file should be unsealed or

28  should remain under seal has already been addressed by the Court's Order signed on 12/22/08

---

1 | and filed on 12/22/08;

2 | WHEREAS, no answer or other responsive pleading has been filed in this action by the

3 | defendants;

4 | IT IS HEREBY STIPULATED AND AGREED by the State of California and relator David

5 | T. Read, through their respective counsel of record:

6 | 1. Pursuant to Fed. R. Civ. P., Rule 41(a)(1):

7 | a. the claims brought on behalf of the State of California shall be dismissed with

8 | prejudice as to the relator; and

9 | b. as to the State of California, the claims brought on behalf of the State of California

10 | shall be dismissed with prejudice as to the "Covered Conduct" as defined in Exhibit 1, and

11 | without prejudice as to all other claims brought on behalf of the State of California.

12 | 2. This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement

13 | agreement.

14 |

15 | EDMUND G. BROWN JR.
Attorney General of the State of California

16 | Dated:_____1/23/09_____          /s/ Brian V. Frankel

17 | By: BRIAN V. FRANKEL
Supervising Deputy Attorney General

18 | Attorneys for the State of California

19 |

20 | Dated:_____1/23/09_____          /s/ Gail Killefer
By: GAIL KILLEFER, ESQ.

21 | Attorney for Relator DAVID T. READ
[original signature retained by counsel]

22 |

23 |

24 |

25 |

26 |

27 |

28 |

**ORDER**

Pursuant to stipulation and for good cause shown, IT IS HEREBY ORDERED THAT:

1.  The claims brought on behalf of the State of California are dismissed with prejudice as to the relator.

2.  As to the State of California, the claims brought on behalf of the State of California are dismissed with prejudice as to the "Covered Conduct" as defined in Exhibit 1, and without prejudice as to all other claims brought on behalf of the State of California.

3.  This Court shall retain jurisdiction to enforce the terms of the aforementioned settlement agreement.

Dated: February 3, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE